UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HARDING MATERIALS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:16-cv-02681-JMS-MJD |
| RELIABLE ASPHALT PRODUCTS, INC., | ) ) ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation [Filing No. 24] on Defendant's Motion to Dismiss [Filing No. 8]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections, but none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, finds the recommendation to be well-reasoned and hereby adopts it as its own. Thus, the Court **DENIES** Defendant's Motion to Dismiss. [Filing No. 8.]

Date: 2/24/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Charles B. Daugherty
EASTER & CAVOSIE
cdaugherty@easterandcavosie.com

J. Michael Cavosie
EASTER & CAVOSIE
mcavosie@easterandcavosie.com

James Gregory Easter
EASTER & CAVOSIE
geaster@easterandcavosie.com

Michael A. Valenti
VALENTI HANLEY & ROBINSON PLLC
mvalenti@vhrlaw.com

Lee Scott Archer
VALENTI HANLEY & ROBINSON, PLLC
larcher@vhrlaw.com